E-FILED
Wednesday, 29 June, 2016 02:29:50 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Mark Byrd #A82197
Plaintiff

vs.

Case No. ________

Dietary Supervisors, Hobert, Klein, Stokes, Anderson, Griffin, Neu, Sullivan, Schott, Harbarger
Defendant(s)

SCANNED at PCC and E-Mailed
06.29.16 (date) by AP (initials)
21 (# of pages)

## COMPLAINT

☒ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, Mark Byrd #A82197, and states as follows:

My current address is: P.O. Box 99 Pontiac, IL 61764

The defendant D. Hobert, is employed as Dietary Supervisor Pontiac Correctional Center at 700 W. Lincoln St. Pontiac, IL 61764

The defendant J. Klein, is employed as Dietary Supervisor Pontiac Correctional Center at 700 W. Lincoln St. Pontiac, IL 61764

The defendant Stokes, is employed as Dietary Supervisor Pontiac Correctional Center at 700 W. Lincoln St. Pontiac, IL 61764

The defendant Anderson, is employed as Dietary Supervisor Pontiac Correctional Center at 700 W. Lincoln St. Pontiac, IL 61764

(revised 9/96)

The defendant Griffin, is employed as Dietary Supervisor Pontiac Correctional Center at 700 W. Lincoln St. Pontiac, IL 61764

Additional defendants and addresses (See attached page)

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case? Yes ☐ No ☒

If yes, please describe

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes ☒ No ☐

C. If your answer to B is yes, how many? 5 Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:

Plaintiff(s) Mark Byrd # A82197

Defendant(s) Kristina Skeens, Jacon Allen, Jon Wilson, Richard Kling, Frank Turner, Jerry Droneberg, Randy Pfister

2. Court (if federal court, give name of district; if state court, give name of county)

Livingston County

3. Docket Number/Judge

13 MR 110 Jennifer Bauknecht

4. Basic claim made

Violation of equal protection and retaliation

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?)

Initially dismissed and is still pending on appeal

6. Approximate date of filing of lawsuit 9-5-13

7. Approximate date of disposition

7-31-15

For additional cases, provide the above information in the same format on a separate page. Information for other cases not available. Plaintiff has no strikes.

EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution? Yes ☒ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint? Yes ☒ No ☐ If your answer is no, explain why not

C. Is the grievance process completed? Yes ☒ No ☐

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY*

## STATEMENT OF CLAIM

Place of the occurrence Pontiac Correctional Center

Date of the occurrence 11-15-15, 11-16-15, 11-17-15, 11-18-15

Witnesses to the occurrence every inmate that has worked in the kitchen

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved. Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.*

1. On 11-15-15 and 11-16-15 while working in the inmates Kitchen I observed roaches crawling on the tables, water was on the floors and no mates were down to Keep you from falling or wet floor signs, pieces of the floor were missing, and mice droppings were also visible and the walls needed cleaning. Also, while working on the line preparing trays roaches had to be Killed to Keep them from climbing up on the table were the food was.

2. 11-17-16 The Kitchen was filthy and the smocks that I was required to wear was very dirty. The smocks looked like they had never been cleaned. 3. And when I retrieved

my clothing from the room where they are Kept, I have to shake them out because roaches crawl inside your clothing. 4. Mice droppings be on top of the milk cartons in the freezer and none of the stuff is cleaned off. 5. On 11-17-15 while working in the inmates Kitchen I walked around with a plastic glove collecting roaches, putting them in the glove. 6. On 11-18-15 I went to the Law Library and showed C/o Michelin the roaches I had collected from the inmates Kitchen. I also showed Mrs. Potts the roaches. I asked C/o Michelin to call someone from Internal Affairs so I could show them the roaches and report it. C/o Michelin said C/o Sullivan at Internal Affairs said he had gotten my letter and for me to contact my counselor. 7. The dishwasher in the inmates

(See attached pages)

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

1,000,000 in compensatory damage
1,000,000 in punitive damage from
each named defendant.

**JURY DEMAND** Yes ☐ No ☒

**Signed this** 23 **day of** June, ~~19~~ 2016.

*(Signature of Plaintiff)*

| *Name of Plaintiff:* Mark Byrd | *Inmate Identification Number:* A82197 |
|---|---|
| *Address:* P.O. Box 99 Pontiac, IL 61764 | *Telephone Number:* None |

(Continued from page 2)

The defendant, Schott, is employed as Dietary Supervisor, Pontiac Correctional Center, 700 W. Lincoln St. Pontiac, IL 61764.

The defendant, Sullivan, is employed as Dietary Supervisor, Pontiac Correctional Center, 700 W. Lincoln St. Pontiac, IL 61764.

The defendant, Harbarger, is employed as Dietary Supervisor, Pontiac Correctional Center, 700 W. Lincoln St. Pontiac, IL 61764.

(Continued from Statement of Claim)

Kitchen does not properly work and is not cleaning the dishes. 8. I also showed my gallery officer Frizzell the roaches I collected in the inmate Kitchen. 9. The roach problem in the inmate Kitchen is so bad it's beyond spraying. 10. On 11-18-15 I stayed in from work and Assistant Director Hardy, another Director, Assistant Warden Mike Melvin, Assistant Warden Hobert and Major Blackard came up on 8 gallery and I stopped them and showed them the roaches I had collected from the inmates Kitchen. I also told them of all the other above mentioned violates in the inmates Kitchen. I further told them about the mice droppings and that the roach problem was so bad it was beyond spraying.

11. Dietary Head Supervisor Hobert is being sued in his personal capacity, for failing to fulfill his duties as a Dietary Supervisor. Dietary Supervisor Hobert never filed any complaints or reports concerning the roach and mice problems in the inmates Kitchen. Dietary Supervisor Hobert forced inmates to wear dirty smocks to work in. Dietary Supervisor Hobert is personally responsible for the filthy conditions in the inmates Kitchen because he is the head supervisor. Dietary Supervisor Hobert is personally responsible for inmates eating from contaminated trays, drinking from contaminated milk cartons. As Head Dietary Supervisor it is Hobert's responsibility to check and maintain a sanitary environment. Dietary Supervisor Hobert wrote no reports and filed no complaints regarding the unsanitary conditions in the inmates Kitchen.

12. Dietary Supervisor Klein is being sued in his personal capacity, for failing to perform as a dietary supervisor and report and file complaints about the filthy conditions in the inmates Kitchen regarding the roaches and mice. As a Dietary Supervisor it is and was Klein's duties to help maintain

a sanitary environment in the inmates Kitchen at all times. Dietary Supervisor Klein is responsible for inmates eating from unsanitary trays, drinking from contaminated milk cartons, wearing dirty smocks to work in and a filthy work environment.

13. Dietary Supervisor Stokes is being sued in his personal capacity, for failing to perform as a dietary supervisor and report and file complaints about the filthy conditions in the inmates Kitchen regarding the roaches and mice. As a Dietary Supervisor it is and was Stokes duties to help maintain a sanitary environment in the inmates Kitchen at all times, Dietary Supervisor Stokes is responsible for inmates eating from unsanitary trays, drinking from contaminated milk cartons, wearing dirty smockes to work in and a filthy work environment.

14. Dietary Supervisor Sullivan is being sued in his personal capacity, for failing to perform as a dietary supervisor and report and file complaints about the filthy conditions in the inmates Kitchen regarding the roaches and mice. As a Dietary Supervisor it is and was Sullivan duties to help maintain a sanitary environment in the inmates Kitchen at all times. Dietary Supervisor Sullivan is responsible

for inmates eating from unsanitary trays, drinking from contaminated milk cartons, wearing dirty smocks to work in and a filthy work environment.

15. Dietary Supervisor Griffin is being sued in his personal capacity, for failing to perform as a dietary supervisor and report and file complaints about the filthy conditions in the inmates kitchen regarding the roaches and mice. As a Dietary Supervisor it is and was Griffin duties to help maintain a sanitary environment in the inmates kitchen at all times. Dietary Supervisor Griffin is responsible for inmates eating from unsanitary trays, drinking from contaminated milk cartons, wearing dirty smocks to work in and a filthy work environment.

16. Dietary Supervisor Anderson is being sued in his personal capacity, for failing to perform as a dietary supervisor and report and file complaints about the filthy conditions in the inmates kitchen regarding the roaches and mice. As a Dietary Supervisor it is and was Anderson duties to help maintain a sanitary environment in the inmates kitchen at all times. Dietary Supervisor Anderson is responsible for inmates eating from unsanitary trays, drinking from contaminated milk cartons,

wearing dirty smocks to work in and a filthy work environment.

17. Dietary Supervisor New is being sued in his personal capacity, for failing to perform as a dietary supervisor and report and file complaints about the filthy conditions in the inmates kitchen regarding the roaches and mice. As a Dietary Supervisor it is and was New's duties to help maintain a sanitary environment in the inmates kitchen at all times. Dietary Supervisor New is responsible for inmates eating from unsanitary trays, drinking from contaminated milk cartons, wearing dirty smocks to work in and a filthy work environment.

18. Dietary Supervisor Schott is being sued in her personal capacity, for failing to perform as a dietary supervisor and report and file complaints about the filthy conditions in the inmates kitchen regarding the roaches and mice. As a Dietary Supervisor Schott it is and was Schott's duties to help maintain a sanitary environment in the inmates kitchen at

all times. Dietary Supervisor Schott is responsible for inmates eating from unsanitary trays, drinking from contaminated milk cartons, wearing dirty smocks to work in and a filthy work environment.

19. Dietary Supervisor Harbarger is being sued in his personal capacity, for failing to perform as a dietary supervisor and report and file complaints about the filthy conditions in the inmates Kitchen regarding the roaches and mice. As a Dietary Supervisor it is and was Harbarger's duties to help maintain a sanitary environment in the inmates Kitchen at all times. Dietary Supervisor Harbarger is responsible for inmates eating from unsanitary trays, drinking from contaminated milk cartons, wearing dirty smocks to work in and a filthy work environment.

20. All the above mentioned Dietary Supervisors has worked in the inmates Kitchen daily and or has routinely rotated to work in the inmates Kitchen. And all these dietary supervisors has observed these

conditions and failed to promptly write a report and or file a complaint about these filthy conditions and roaches and mice.

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

SPC 835

| Date: 11-16-15 | Offender: (Please Print) Mark Byrd | ID#: A82197 |
|---|---|---|
| Present Facility: Pontiac Corr. Center | Facility where grievance issue occurred: Pontiac Corr. Center | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ ADA Disability Accommodation
- ☐ Staff Conduct ☒ Dietary ☐ Medical Treatment ☐ HIPAA
- ☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☒ Other (specify): Being forced to work in unsanitary conditions
- ☐ Disciplinary Report: ___/___/___ Date of Report ______ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 11-15-15 while attending church service C/o Greenway Came and got me saying I was suppose to report to the I.K. for work. I did not request to be assign in the I.K. However, I went to work and talked to the food Supervisor Neu I told him that I did not request a job in the I.K. But while I was over there I would do whatever he asked but I don't want the job please take me off the list. He said I had to see

**Relief Requested:** To be removed from the I.K. assignment I have the prove of my deadline and self representation

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Mark Byrd — Offender's Signature — A82197 ID# — 11/15/15 Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___ ☐ Send directly to Grievance Officer ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: 

DEC 09 2015

Print Counselor's Name ______ Counselor's Signature ______ Date of Response ___/___/___

**EMERGENCY REVIEW**

Date Received: 11/20/15

Is this determined to be of an emergency nature? ☐ Yes; expedite emergency grievance ☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Guy D Pierce — Chief Administrative Officer's Signature — 11/20/15

Copied 12-2-15 LL

my counselor about. I wrote my counselor that night and Jessica Sullivan and Assistant Warden M. Melvin.

Neu promised me and another inmate that he would go and talk to Jessica Sullivan and ask her to take me off the list. While I was at the commissary on 11-16-15 I seen Supervisor Neu and asked him if he talked to counselor Sullivan he said he did and she said I had to report to work and nobody was being taken off the list. Neu also said he was told to write disciplinary tickets if I did not show up for work. Illinois does not have a force labor law for prisoners and a job is a privilege. I'm being forced to work under the threat of being written a disciplinary ticket. I do not want this job.

When I went to work on 11-15-15 I observed roaches crawling on the tables, water was on the floors and no mates were down to keep you from falling or water floor signs, pieces of the floor was missing, and mice droppings was also visible and the walls need cleaning.

I took my paper work to my assignment and I showed Supervisor Neu and Dietary Supervisor Hobert that I was representing myself and have court deadlines. And needed to be removed from my assignment in order to complete my legal work. Hobert told me he did not care about my deadline and that he was being told that the only way an inmate can get release from his assignment was to be written a disciplinary ticket.

Also, while working on the line preparing trays roaches had to be killed to keep them from climing up on the table were the food was.



ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

SPC 835

| Date: 11-17-15 | Offender: (Please Print) Byrd | ID#: A82197 |
|---|---|---|
| Present Facility: Pontiac Corr. Center | Facility where grievance issue occurred: Pontiac Corr. Center | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☒ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☒ Other (specify): forced labor and unsanitary working conditions
- ☐ Disciplinary Report: / / Date of Report — Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor**, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer**, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer**, only if **EMERGENCY** grievance.
**Administrative Review Board**, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):**

I have respectfully requested to removed from the I. K. I asked Supervisor Neu, ~~and~~ Dietary Supervisor Hobert, Counselor Calmes and Counselor Sullivan. Initially I was told I had to ask my counselor — I was told this by Supervisor Neu, I respond to my grievance Counselor Calmes informs me that its the food Supervisor call. The place is filthy

Copied 12/2/15

**Relief Requested:**

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature — ID# — Date / /

**(Continue on reverse side if necessary)**

**Counselor's Response (if applicable)**

Date Received: / /

☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:

RECEIVED
DEC 08 2015

Print Counselor's Name — Counselor's Signature — Date of Response / /

**EMERGENCY REVIEW**

Date Received: / /

Is this determined to be of an emergency nature?

☐ Yes; expedite emergency grievance

☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature — / /

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

and the Smocks that I'm required to wear are very dirty. They look like they have never been cleaned. They are not being cleaning properly. I have to shake out my clothes when I retrieve them from the room where they are kept because of the roaches. Roaches crawl inside your clothes. Mice droppings be on top on the milk cartons in the freezer. None of this stuff is clean off properly, its just passed out. Illinois Department of Corrections Rules, Section 420.40 Removal/Reassignment - I have also been approved for Toxic, Mech, Comissary, Clothing Room. I submitted a grievance to my counselor requesting to be removed from my assignment in the I.K. She told me that it was up to my Supervisor in the I.K. According to the rules I am to make my request known to my counselor. I also have a court deadline with documentional prove - that I am representing myself and I also made these known to counselor Calmes and Sullivan, but I have not been removed from the I.K.

To: Warden Pierce
office

FROM: Mark Byrd A82197
SPC 835

To: Warden Pierce
office

From: Mark Byrd A82197
SPC 835

SPC 835





ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

SPC 835

| | |
|---|---|
| Date: 11-18-15 | Offender: (Please Print) Byrd | ID#: A82197 |
| Present Facility: Pontiac Corr. Center | Facility where grievance issue occurred: Pontiac Corr. Center |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☒ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☒ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ ADA Disability Accommodation
- ☐ HIPAA
- ☒ Other (specify): Unsanitary Conditions and denial of legal Work
- ☐ Disciplinary Report: ___ / / Date of Report ___ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if **EMERGENCY** grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):**

On 11-17-15 while working in the I.K. I walked around collecting roaches. On 11-18-15 I went to the Law Library and showed C/o Michelin roaches I had collected and put in a pastic glove. Also I talked to Major Blackard about having a court deadline and needing to be removed from the I.K. work assignment. He told

**Relief Requested:** To be remove from my dirty job assignment and have the I.K. brought up to code and have my ticket expunge from my record.

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Mark Byrd — Offender's Signature — A82197 ID# — 11/25/15 Date (18 struck through)

(Continue on reverse side if necessary)

Copied 11/25/15 LL

**Counselor's Response (if applicable)**

Date Received: ___ / ___ / ___

☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:

RECEIVED
DEC 17 2015
ADMINISTRATIVE REVIEW BOARD

Print Counselor's Name ___ Counselor's Signature ___ Date of Response / /

**EMERGENCY REVIEW**

Date Received: 12/2/15

Is this determined to be of an emergency nature?

- ☐ Yes; expedite emergency grievance
- ☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Guy D Pierce — Chief Administrative Officer's Signature — 12/2/15

Copied 12/03/15 PCC LL

me the only way to be removed from the work assignment was to refuse and get a disciplinary ticket. I went to the Law Library a showed Mrs. Potts my court deadline and she confirmed it and put me down for a deadline from November thru to May of 2016. I Also showed her the roaches I had collected. I also asked C/o Michelin to call internal Affairs and let them know I would like to see somebody. C/o Michelin said he talked to C/o Sullivan over at Internal Affairs and said he got my letter and for me to contact my counselor.

The dishwasher in the I.K. is not working properly and does not properly clean the dishes. The only reason I did tape the roaches to this grievance as evidence is because somebody will claim I violated some rule. However, please contact me and I will make the roaches I have collected available. The roach problem in the I.K is so bad it's beyond spraying a roach devices needs to be set off and the kitchen closed or tented off. I also showed my gallery officer Frizzell the roaches I collected in the I.K. last night.

SPC 835
From: Mark Byrd # A82197

To: Warden Pierce
office

To: Warden Pierce
office

From: Mark Byrd A82197
SPC 835





Continued from attached Grievence

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

SPC 835

Date: 11-18-15 | Offender: (Please Print) Byrd | ID#: A82197

Present Facility: Pontiac Corr. Center | Facility where grievance issue occurred: Pontiac Corr. Center

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Mail Handling
- ☐ Restoration of Good Time
- ☐ ADA Disability Accommodation
- ☒ Staff Conduct
- ☐ Dietary
- ☐ Medical Treatment
- ☐ HIPAA
- ☐ Transfer Denial by Facility
- ☐ Transfer Denial by Transfer Coordinator
- ☒ Other (specify): Unsanitary Conditions and denial of legal work
- ☐ Disciplinary Report: ___/___/___ Date of Report ___ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:**

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):**

After writing the initial grievance, I stayed in from work because I have legal work to do. The Assistant Director, ~~Assistant~~ Assistant Director Hardy, Assistant Warden Mike Melvin, Assistant Warden Hobert and Major Blackard Came up on 8 gallery and I stop them. I told the Assistant Director and all present how I was being made to work a job I did not request. And showed them my

**Relief Requested:** To removed from my work assignment and be given an opportunity to do my legal work

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Mark Byrd — Offender's Signature | A82197 — ID# | 11/25 ~~18~~/15 — Date

Copied 11/26/15 LL

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___
☐ Send directly to Grievance Officer
☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:

RECEIVED
DEC 17 2015
ADMINISTRATIVE REVIEW BOARD

Print Counselor's Name ___ Counselor's Signature ___ Date of Response ___/___/___

**EMERGENCY REVIEW**

Date Received: ___/___/___
Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature ___ ___/___/___

legal deadline and told them people was telling they did not care and if I did not report to work I would receive a disciplinary ticket. I also showed them a plastic glove with roaches in it that I collected last night in the I.K. I also told them about the mice droppings, water on the floor and how dirty the I.K. is. I also told the Assistant Director the roach problem was beyond spraying, that they needed to set off a roach device. Assistant Hardy told Major Blackard to go and verify my court deadline, I told Major Blackard that Mrs. Potts could verify it — because she placed me on the court deadline list until May of 2016.

On 11-19-15 I was informed that I would be receiving a disciplinary ticket for refusing to go to the I.K. work assignment on 11-18-15. I asked C/o Frizzell if he put in the ticket that I told him I have to do my legal work? I'm presently representing myself, he said no. C/o Frizzell said he was told by Major Blackard to write me the ticket. On 11-19-15 Assistant Warden M. Melvin came by and I told him that Major Blackard order C/o Frizzell to write me a ticket for not going to work. Assistant Melvin said I was not to receive a ticket because Assistant Director Hardy said since he has a court order he should be allowed not to go to work while he has a court deadline. Assistant Melvin said he would talk to Major Blackard.

On 11-24-15 I was called to the adjustment committee concerning disobeying direct order - refusing to go to work on 11-18-15. I told them no one ever serviced me with a copy of a disciplinary report and they should contact Assistant Warden Melvin regarding the matter.