SCANNED at PCC and E-Mailed

E-FILED
Wednesday, 20 July, 2016 04:15:46 PM
Clerk, U.S. District Court, ILOD

23 (# of pages)

# United States District Court
## Central District of Illinois

Mark Byrd, #A82197 )
Plaintiff, )
)
) Case No. 1:16-cv-01241-SLD
vs. )
Dietary Supervisors, D. Hobert, ) Honorable
Klein, Stokes, Anderson, Griffin, ) Sara Darrow,
Neu, Sullivan, Schott, Harbarger, ) Judge Presiding.

## Motion For Leave To File An Amended Complaint

Now comes the Plaintiff, Mark Byrd, by and through himself as a pro se plaintiff. The plaintiff respectfully moves this Honorable Court to allow plaintiff to file an amended complaint. In support thereof, plaintiff states as follows:

1. That on 6-29-16 plaintiff filed a Civil rights Complaint pursuant to Title 42 - 1983.

– 1 –

2. That plaintiff needs to amend said complaint to correct a deficiency in wording. Plaintiff has underlined the corrected portion. The correction was necessary to make plaintiff's complaint valid.

3. Additionally, plaintiff would request to incorporate the motion for classaction certification, motion for appointment of counsel for classaction members and additional grievance material, with this/ or as part of this amended complaint.

Wherefore, plaintiff respectfully request this Honorable Court grant this motion for leave to amend.

Mark Byrd

— 2 —

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

Mark Byrd #A82197 )
_____ )
　　　　　　Plaintiff )
)
vs. )Case No. 1:16-cv-01241-SLD
) Honorable Sara Darrow
Dietary Supervisors, D. Hobert )
Klein, Stokes, Anderson, Griffin, )
Neu, Sullivan, Schott, Harbarger )
_____ )
　　　　　　Defendant(s) )

### AMENDED　　COMPLAINT

☒42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐Other

_____

—

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

　　　Now comes the plaintiff, Mark Byrd #A82197 , and states as follows:

My current address is: P.O. Box 99 Pontiac, IL 61764

The defendant D. Hobert , is employed as Dietary Supervisor Pontiac Correctional Center at 700 W. Lincoln St. Pontiac, IL 61764

The defendant J. Klein , is employed as Dietary Supervisor Pontiac Correctional Center at 700 W. Lincoln St. Pontiac, IL 61764

The defendant ___Stokes___, is employed as _Dietary Supervisor_ _Pontiac Correctional Center_ at _700 W. Lincoln St. Pontiac, IL 61764_

The defendant ___Anderson___, is employed as _Dietary Supervisor_ _Pontiac Correctional Center_ at _700 W. Lincoln St. Pontiac, IL 61764_

(revised 9/96)

The defendant ___Griffin___, is employed as _Dietary Supervisor_ _Pontiac Correctional Center_ at _700 W. Lincoln St. Pontiac, IL 61764_

Additional defendants and addresses _(See attached page )_

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☒

If yes, please describe

_____

_____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes ☒   No ☐

C. If your answer to B is yes, how many? ___5___ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:

Plaintiff(s) _Mark Byrd #A82197_

Defendant(s) _Kristina Skeens, Jason Allen, Jon Wilson,_ _Richard Kting, Frank Turner, Jerry Droneberg, Randy Pfister_

2. Court (if federal court, give name of district; if state court, give name of county)

Livingston County

3. Docket Number/Judge

13 MR 110  Jennifer Bauknecht

4. Basic claim made

Violation of equal protection and retaliation

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?)

Initially dismissed and is still pending on appeal

6. Approximate date of filing of lawsuit _____ 9-5-13 _____

7. Approximate date of disposition

_____ 7-31-15 _____

For additional cases, provide the above information in the same format on a separate page. Information for other cases not available. Plaintiff has no strikes.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?  Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?  Yes ☒
No ☐  If your answer is no, explain why not

_____

_____

_____

C. Is the grievance process completed?   Yes ☒   No ☐

*PLEASE NOTE:  THE PRISON LITIGATION REFORM ACT BARS ANY*

## STATEMENT OF CLAIM

Place of the occurrence  Pontiac Correctional Center

Date of the occurrence  11-15-15,  11-16-15,  11-17-15,  11-18-15

Witnesses to the occurrence  every inmate that has worked in the kitchen
*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.
Unrelated claims should be raised in a separate civil action.*
       THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

1. On 11-15-15 and 11-16-15 while working in the inmates kitchen I observed roaches crawling on the tables, water was on the floors and no mates were down to keep you from falling or wet floor signs, pieces of the floor were missing, and mice droppings were also visible and the walls needed cleaning. Also, while working on the line preparing trays roaches had to be killed to keep them from climbing up on the table were the food was,

2. 11-17-16 The kitchen was filthy and the smocks that I was required to wear was very dirty. The smocks looked like they had never been cleaned. 3. And when I retrieved

my clothing from the room where they are kept, I have to shake them out because roaches crawl inside your clothing. 4. Mice droppings be on top of the milk cartons in the freezer and none of the stuff is cleaned off. 5. On 11-17-15 while working in the inmates kitchen I walked around with a plastic glove collecting roaches, putting them in the glove. 6. On 11-18-15 I went to the Law Library and showed C/o Michelin the roaches I had collected from the inmates kitchen. I also showed Mrs. Potts the roaches. I asked C/o Michelin to call someone from Internal Affairs so I could show them the roaches and report it. C/o Michelin said C/o Sullivan at Internal Affairs said he had gotten my letter and for me to contact my counselor. 7. The dishwasher in the inmates

(see attached pages)

# RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

1,000,000 in compensatory damage
1,000,000 in punitive damage from
each named defendant.

**JURY DEMAND**      Yes ☐      No ☒

Signed this ___23___ day of ___June___,
~~19~~ 2016.

( *Signature of Plaintiff)*

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Mark Byrd | A82197 |
| Address: | Telephone Number: |
| P.O. Box 99 Pontiac, IL 61764 | None |

(Continued from page 2)

The defendant, Schott, is employed as Dietary Supervisor, Pontiac Correctional Center, 700 W. Lincoln St. Pontiac, IL 61764.

The defendant, Sullivan, is employed as Dietary Supervisor, Pontiac Correctional Center, 700 W. Lincoln St. Pontiac, IL 61764.

The defendant, Herbarger, is employed as Dietary Supervisor, Pontiac Correctional Center, 700 W. Lincoln St. Pontiac, IL 61764.

(Continued from Statement of Claim)

Kitchen does not properly work and is not cleaning the dishes. 8. I also showed my gallery officer Frizzell the roaches I collected in the inmate kitchen. 9. The roach problem in the inmate kitchen is so bad it's beyond spraying. 10. On 11-18-15 I stayed in from work and Assistant Director Hardy, another Director, Assistant Warden Mike Melvin, Assistant Warden Hobert and Major Blackard came up on 8 gallery and I stopped them and showed them the roaches I had collected from the inmates kitchen. I also told them of all the other above mentioned violates in the inmates kitchen. I further told them about the mice droppings and that the roach problem was so bad it was beyond spraying.        - 8 -

11. Dietary Head Supervisor Hobert is being sued in his personal capacity, for failing to fulfill his duties as a Dietary Supervisor. Dietary Supervisor Hobert never filed any complaints or reports concerning the roach and mice problems in the inmates kitchen. Dietary Supervisor Hobert forced inmates to wear dirty smocks to work in. Dietary Supervisor Hobert is personally responsible for the filthy conditions in the inmates kitchen because he is the head supervisor. Dietary Supervisor Hobert is personally responsible for ~~plaintiff~~ eating from ~~contaminated~~ contaminated trays, drinking from contaminated milk cartons. As Head Dietary Supervisor it is Hobert's responsibility to check and maintain a sanitary environment. Dietary Supervisor Hobert wrote no reports and filed no complaints regarding the unsanitary conditions in the inmates kitchen.

12. Dietary Supervisor Klein is being sued in his personal capacity, for failing to perform as a dietary supervisor and report and file complaints about the filthy conditions in the inmates kitchen regarding the roaches and mice. As a Dietary Supervisor it is and was Klein's duties to help maintain

a sanitary environment in the inmates
Kitchen at all times. Dietary Supervisor Klein
is responsible for plaintiff eating from
unsanitary trays, drinking from contaminated
milk cartons, wearing dirty smocks to work in
and a filthy work environment.

13. Dietary Supervisor Stokes is being sued in
 his personal capacity, for failing to perform as
 a dietary supervisor and report and file complaints
about the filthy conditions in the inmates Kitchen
regarding the roaches and mice. As a Dietary
 Supervisor it is and was Stokes duties to help
maintain a sanitary environment in the inmates
Kitchen at all times, Dietary Supervisor Stokes
is responsible for plaintiff eating from unsanitary
trays, drinking from contaminated milk cartons,
wearing dirty smocks to work in and a
filthy work environment.

14. Dietary Supervisor Sullivan is being sued
 in his personal capacity, for failing to perform
as a dietary supervisor and report and file
complaints about the filthy conditions in the
inmates kitchen regarding the roaches and
mice. As a Dietary Supervisor it is and was
Sullivan duties to help maintain a sanitary
environment in the inmates kitchen at all
times. Dietary Supervisor Sullivan is responsible

for plaintiff eating from unsanitary trays, drinking from contaminated milk cartons, wearing dirty smocks to work in and a filthy work environment.

15. Dietary Supervisor Griffin is being sued in his personal capacity, for failing to perform as a dietary supervisor and report and file complaints about the filthy conditions in the inmates kitchen regarding the roaches and mice. As a Dietary Supervisor it is and was Griffin duties to help maintain a sanitary environment in the inmates kitchen at all times. Dietary Supervisor Griffin is responsible for plaintiff eating from unsanitary trays, drinking from contaminated milk cartons, wearing dirty smocks to work in and a filthy work environment.

16. Dietary Supervisor Anderson is being sued in his personal capacity, for failing to perform as a dietary supervisor and report and file complaints about the filthy conditions in the inmates kitchen regarding the roaches and mice. As a Dietary Supervisor it is and was Anderson duties to help maintain a sanitary environment in the inmates kitchen at all times. Dietary Supervisor Anderson is responsible for plaintiff eating from unsanitary trays, drinking from contaminated milk cartons,

wearing dirty smocks to work in and a filthy work environment.

17. Dietary Supervisor Neu is being sued in his personal capacity, for failing to perform as a dietary supervisor and report and file complaints about the filthy conditions in the inmates kitchen regarding the roaches and mice. As a Dietary Supervisor it is and was Neu's duties to help maintain a sanitary environment in the inmates kitchen at all times. Dietary Supervisor Neu is responsible for plaintiff eating from unsanitary trays, drinking from contaminated milk cartons, wearing dirty smocks to work in and a filthy work environment.

18. Dietary Supervisor Schott is being sued in her personal capacity, for failing to perform as a dietary supervisor and report and file complaints about the filthy conditions in the inmates kitchen regarding the roaches and mice. As a Dietary Supervisor Schott it is and was Schott's duties to help maintain a sanitary environment in the inmates kitchen at

all times. Dietary Supervisor Schott is responsible for plaintiff eating from unsanitary trays, drinking from contaminated milk cartons, wearing dirty smocks to work in and a filthy work environment.

19. Dietary Supervisor Harbarger is being sued in his personal capacity, for failing to perform as a dietary supervisor and report and file complaints about the filthy conditions in the inmates kitchen regarding the roaches and mice. As a Dietary Supervisor it is and was Harbarger's duties to help maintain a sanitary environment in the inmates kitchen at all times. Dietary Supervisor Harbarger is responsible for plaintiff eating from unsanitary trays, drinking from contaminated milk cartons, wearing dirty smocks to work in and a filthy work environment.

20. All the above mentioned Dietary Supervisors has worked in the inmates kitchen daily and or has routinely rotated to work in the inmates kitchen. And all these dietary supervisors has observed these

conditions and failed to promptly
write a report and or file a complaint
about these filthy conditions and
roaches and mice.

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

SPC 835

| Date: 11-16-15 | Offender: (Please Print) Mark Byrd | ID#: A82197 |

| Present Facility: Pontiac Corr. Center | Facility where grievance issue occurred: Pontiac Corr. Center |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [x] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): Being forced to work in unsanitary conditions

- [ ] Disciplinary Report: ____/____/____
  Date of Report          Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 11-15-15 while attending church service C/o Greenway came and got me saying I was suppose to report to the I.K. for work. I did not request to be assign in the I.K. However, I went to work and talked to the food supervisor New I told him that I did not request a job in the I.K. But while I was over there I would do whatever he asked but I don't want the job please take me off the list. He said I had to see

Relief Requested: To be removed from the I.K. assignment I have the prove of my deadline and self representation.

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Mark Byrd                    A82197        11/15/15
Offender's Signature              ID#            Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ____/____/____

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

RECEIVED

DEC 08 2015

ADMINISTRATIVE
REVIEW BOARD

| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

Date Received: 11/20/15

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Guy D Piercy
Chief Administrative Officer's Signature

11/20/15
Date

my counselor about. I wrote my counselor that night and Jessica Sulliven and Assistant Warden M. Melvin.

Neu promised me and another inmate that he would go and talk to Jessica Sulliven and ask her to take me off the list.

While I was at the commissary on 11-16-15 I seen Supervisor Neu and asked him if he talked to counselor Sullivan, he said he did and she said I had to report to work and nobody was being taken off the list. Neu also said he was told to write disciplinary tickets if I did not show up for work. Illinois does not have a force labor law for prisoners and a job is a privilege. I'm being forced to work under the threat of being written a disciplinary ticket. I do not want this job.

When I went to work on 11-15-15 I observed roaches crawling on the tables, water was on the floors and no mates were down to keep you from falling or water floor signs, pieces of the floor was missing, and mice droppings was also visible and the walls need cleaning.

I took my paper work to my assignment and I showed Supervisor Neu and Dietary Supervisor Hobert that I was representing myself and have court deadlines. And needed to be removed from my assignment in order to complete my legal work. Hobert told me he did not care about my deadline and that he was being told that the only way an inmate can get release from his assignment was to be written a disciplinary ticket.

Also, while working on the line preparing trays roaches had to be killed to keep them from climing up on the table were the food was.

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

SPC 835

| Date: 11-17-15 | Offender: (Please Print) Byrd | ID#: A82197 |
| --- | --- | --- |
| Present Facility: Pontiac Corr. Center | Facility where grievance issue occurred: Pontiac Corr. Center | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [x] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): forced labor

- [ ] Disciplinary Report: ____/____/____ and unsanitary working conditions
   Date of Report     Facility where issued

Note:     Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name and identifying information
for each person involved): _____

   I have respectfully requested to removed from
the I.K. I asked Supervisor Neu, and
Dietary Supervisor Hobert Counselor Calmes and
Counselor Sullivan. Initially I was told I
had to ask my Counselor— I was told this
by Supervisor Neu, I respond to my grievance
Counselor Calmes informs me that it's the
Food Supervisor call. The place is filthy

Relief Requested: _____

_____

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____     _____     ____/____/____
   Offender's Signature          ID#          Date
        (Continue on reverse side if necessary)

---

**Counselor's Response (If applicable)**

| Date Received: ____/____/____ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL. 62794-9277 |
| --- | --- | --- |

Response: _____

RECEIVED
DEC 08 2015

_____     _____     ____/____/____
   Print Counselor's Name           Counselor's Signature       Date of Response

---

**EMERGENCY REVIEW**

Date Received: ____/____/____     Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____     ____/____/____
   Chief Administrative Officer's Signature     Date

and the smocks that I'm required to wear are very dirty. They look like they have never been cleaned. They are not being cleaning properly. I have to shake out my clothes when I retrieve them from the ~~smock~~ room where they are kept— because of the roaches. Roaches crawl inside your clothes. Mice droppings be on top on the milk cartons in the ~~free~~ freezer. None of this stuff is clean off properly, its just passed out. Illinois Department of Corrections rules, section 420.40 Removal/Reassignment— I have also been approved for Toxic, Mech, Comissary, Clothing Room. I submitted a grievance to my counselor requesting to be removed from my assignment in the I.K. She told me that it was up to my supervisor in the I.K. According to the rules I am to make my request known to my counselor. I also have a court deadline with ~~documentional~~ prove— that I am representing myself and I also made these known to counselor Calmes. and Sullivan, but I have not been removed from the I.K.


To: Warden Pierce
     office


FROM: Mark Byrd A82197
         SPC 835

From: Mark Byrd A82197
         SPC 835

To: Warden Pierce
     office

SPC 835

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

*SPC 835*

| Date: 11-18-15 | Offender: (Please Print) Byrd | ID#: A82197 |

| Present Facility: Pontiac Corr. Center | Facility where grievance issue occurred: Pontiac Corr. Center |

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☐ Mail Handling    ☐ Restoration of Good Time    ☐ ADA Disability Accommodation
☒ Staff Conduct    ☒ Dietary    ☐ Medical Treatment    ☐ HIPAA
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator    ☒ Other (specify): Unsanitary

☐ Disciplinary Report: ___/___/___  Conditions and denial of legal work
     Date of Report      Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved):

On 11-17-15 while working in the I.K.
I walked around collecting roaches. On
11-18-15 I went to the Law Library and
showed C/o Michelin roaches I had collected
and put in a plastic glove. Also I
talked to Major Blackard about having a
court deadline and needing to be removed
from the I.K. work assignment. He told

Relief Requested: To be removed from my dirty job
assignment and have the I.K. brought up to code
and have my ticket expunge from my records

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Mark Byrd      A82197    11 / 18 / 15
   Offender's Signature        ID#      Date

(Continue on reverse side if necessary)

| **Counselor's Response (If applicable)** |

Date Received: ___/___/___    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

RECEIVED
DEC 17 2015
ADMINISTRATIVE
REVIEW BOARD

Print Counselor's Name      Counselor's Signature      Date of Response

| **EMERGENCY REVIEW** |

Date Received: 12/2/15    Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☒ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Guy D Pierce      12/2/15
Chief Administrative Officer's Signature      Date

me the only way to be removed from the work assignment was to refuse and get a disciplinary ticket. I went to the Law Library a showed Mrs. Potts my court deadline and she confirmed it and put me down for a deadline from November thru to May of 2016. I Also showed her the roaches I had collected. I also asked C/o Michelin to call internal Affairs and let them Know I would like to see somebody. C/o Michelin said he talked to C/o Sullivan over at Internal Affairs and said he got my letter and for me to contact my counselor.

   The dishwasher in the I.K. is not working properly and does not properly clean the dishes. The only reason I did tape the roaches to this grievance as evidence is because somebody will claim I violated some rule. However, please contact me and I will make the roaches I have collected available. The roache problem in the I.K is so bad it's beyond spraying a roach devices needs to be set off and the kitchen closed or tented off. I also showed my galley officer Frizzell the roaches I collected in the I.K. last night.

From: Mark Byrd #A82197
588 785

To: Warden Pierce office

TO: Warden Pierce office

FROM: Mark Byrd A82197
SPC 833

    (handwritten top) Continued from attached Grievance

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

SPC 835

| Date: 11-18-15 | Offender: (Please Print) Byrd | ID#: A82197 |
|---|---|---|

| Present Facility: Pontiac Corr. Center | Facility where grievance issue occurred: Pontiac Corr. Center |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: ___/___/___
  Date of Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): Unsanitary Conditions and denial of legal work

Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

After writing the initial grievance
I stayed in from work because I have
legal work to do. The Assistant Director, Assistant
Director Hardy, Assistant Warden Mike Melvin,
Assistant Warden Hobert and Major Blackard
Came up on 8 gallery and I stop them.
I told the Assistant Director and all present how
I was being made to work a job I
did not request. And showed them my

**Relief Requested:** To removed from my work assignment
and be given an opportunity to do my legal work

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Mark Byrd                              A82197        11, 25/18, 15
Offender's Signature                       ID#              Date

(Continue on reverse side if necessary)

---

**Counselor's Response (If applicable)**

| Date Received: ___/___/___ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: _____

RECEIVED

DEC 17 2015

ADMINISTRATIVE
REVIEW BOARD

_____  _____
Counselor's Signature        Date of Response

---

**EMERGENCY REVIEW**

| Date Received: ___/___/___ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance |
|---|---|---|
| | | [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

Chief Administrative Officer's Signature                    ___/___/___

legal deadline and told them people was telling they did not care and if I did not report to work I would receive a disciplinary ticket I also showed them a plastic glove with roaches in it that I collected last night in the I.K. I also told them about the mice droppings, water on the floor and how dirty the I.K is. I also told the Assistant Director the roach problem was beyond spraying, that they needed to set off a roach device. Assistant Hardy told Major Blackard to go and verify my court deadline, I told Major Blackard that Mrs. Potts could verify it — because she placed me on the court deadline list until May of 2016.

On 11-19-15 I was informed that I would be receiving a disciplinary ticket for refusing to go to the I.K. work assignment on 11-18-15. I asked C/o Frizzell if he put in the ticket that I told him I have to do my legal work? I'm presently representing myself, he said no. C/o Frizzell said he was told by Major Blackard to write me the ticket. On 11-19-15 Assistant Warden M. Melvin came by and I told him that Major Blackard order C/o Frizzell to write me a ticket for not going to work. Assistant Melvin said I was not to receive a ticket because Assistant Director Hardy said since he has a court order he should be allowed not to go to work while he has a court deadline. Assistant Melvin said he would talk to Major Blackard.

On 11-24-15 I was called to the adjustment committee concerning disobeying direct order — refusing to go to work on 11-18-15. I told them no one ever serviced me with a copy of a disciplinary report and they should contact Assistant Warden Melven regarding the matter.