# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | | |
|---|---|---|
| MARK A. BYRD, A82197, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 16-CV-01241-SLD |
| | ) | |
| DANIEL HOBART, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST MOTION TO COMPEL

Defendants, Mike Anderson, Paul Griffith, Steve Harbarger, Daniel Hobart, John Klein Henry Neu, Brenda Scott, Dale Stokes, Dale Stokes, and Dion Sullivan, by and through their attorney Kwame Raoul, Attorney General for the State of Illinois, and pursuant to Fed. R. Civ. P. 6(b), respectfully move for a Motion for Extension of Time to Respond to Plaintiff's First Motion to Compel. [Dkt. No. 91]. In support of their motion, Defendants state the following:

1. Plaintiff issued his first Request to Produce on October 23, 2019.

2. On November 22, 2019, Defendants responded to Plaintiff's Request for Production and produced 1687 pages of documents. [Dkt. No. 91, Ex. B, p. 13-17].

3. On November 25, 2019, Plaintiff sent a letter pursuant to Fed. R. Civ. P. 37 and the Parties engaged in a telephone conference in an attempt to resolve their differences. [Dkt. No. 91, Ex. C and D].

4. On December 5, 2019, the Parties filed a Joint Motion for Discovery Conference, which was granted. [d/e 12/10/2019].

5. On December 16, 2019, the Court held a telephone conference with both Parties; however, a resolution was not reached. [d/e 12/16/2019].

6. On December 17, 2019, Plaintiff filed his First Motion to Compel. [Dkt. No. 91]

7. Plaintiff's Motion to Compel argues that "Defendants have failed to provide any evidence of how many hits Plaintiff's requested searches would generate" [Dkt. No. 91, p. 4]

8. In order to respond, Defendants requested an ESI search to be conducted in order to determine how many results Plaintiff's terms garnered. Defendants' counsel received the results of the search on December 31, 2019. Accordingly, Defendants respectfully asks to for seven days to incorporate these results into their Response to Plaintiff's First Motion to Compel.

9. This motion is not made for the purpose of undue delay, but is made in good faith in order to ensure that Defendants are given an opportunity to provide a thorough and accurate response to Plaintiff's motion.

7. Plaintiff will not be prejudiced by this extension, as a trial date has not yet been set and discovery does not close until June 1, 2020.

8. Plaintiff's counsel has no objection to Defendants' request for an extension of time.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request this Honorable Court grant Defendants' First Motion for Extension of Time to Respond to Plaintiff's First Motion to Compel as set forth above.

Dated: December 31, 2019                Respectfully submitted,

Kwame Raoul
Attorney General                        By:   *s/   John M. Catalano, Jr.*
State of Illinois                             John M. Catalano, Jr.
*Counsel for Defendants,*                     Assistant Attorney General
                                              Office of the Illinois Attorney General
                                              100 W. Randolph St., 13th Floor
                                              Chicago, Illinois 60613
                                              Phone: (312) 814-3149
                                              E-Mail: jcatalano@atg.state.il.us

# CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2019 I electronically filed the foregoing *Motion for Extension of Time to Respond to Plaintiff's Second Motion to Compel*, with the Clerk of Court using the CM/ECF system, which will send notification to the following participants:

>Garth Eachan Flygare
>John Patrick Lee
>CRAIG & CRAIG LLC
>garthflygare@hotmail.com
>jpl@craiglaw.net

Respectfully submitted,

By: *s/ John M. Catalano, Jr.*
John M. Catalano, Jr.
Assistant Attorney General
Office of the Illinois Attorney General
100 W. Randolph St., 13th Floor
Chicago, Illinois 60613
Phone: (312) 814-3149
E-Mail: jcatalano@atg.state.il.us