IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARK A. BYRD, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL HOBART, et al., <br><br> Defendants. | Case no. 16-CV-1241 <br><br> Honorable Colin Stirling Bruce |

## STIPULATION TO DISMISS

Plaintiff, Mark A. Byrd, by his attorney, Jordan Marsh, and the Defendants, Mike Anderson, Paul Griffith, Steve Harbarger, Daniel Hobart, John Klein, Henry Neu, Brenda Schott, Dale Stokes, and Dion Sullivan, by their attorney, Kwame Raoul, Attorney General of Illinois, and hereby stipulate to the dismissal of this case with prejudice. The Plaintiff and the Defendants agree as follows:

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 120 days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 120 days. Each side shall bear its own costs and attorneys' fees.

AGREED:

_____   8-3-22
Plaintiff                                      Date
Mark A. Byrd

_____   _____
Jordan Marsh                              Mark Alanson
Law Office of Jordan Marsh LLC   Assistant Attorney General
Attorney for Plaintiff                  Attorney for Defendants
5 Revere Drive, Suite 200          100 West Randolph Street, 13th Floor
Northbrook, Illinois                    Chicago, Illinois 60601
(312) 401-5510                          (773) 519-0801

Date: 7/11/2022                        Date: 7/6/2022

Rev. 2-24-20